### BROWN v. HARDING.

(Filed 4 October, 1916.)

**Appeal and Error—Costs—Brief—Rule of Court.**

Costs of brief exceeding twenty pages will not be taxed against the unsuccessful party, under the rule of the Supreme Court.

BROWN, J., not sitting.

PER CURIAM. The rule limiting the number of pages in a brief for which costs may be taxed to twenty pages has not been repealed, and, therefore, the clerk will tax the costs in this case according to that rule. The motion to retax is denied, and the clerk will tax costs to the successful party for briefs at twenty pages.

BROWN, J., not sitting.